UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JANEEN L. WALKER-TARVER,  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>FRANCISCAN PHYSICIAN GROUP  )<br>a/k/a FRANCISCAN ALLIANCE, INC.,  )<br>  Defendant.  ) | CAUSE NO.: 2:23-CV-210-JEM |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal [DE 16], filed by the parties on September 23, 2024.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 24th day of September, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record